

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00413-CV

**IN THE INTEREST OF A.D.G.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00632
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant Mom is unable to afford payment of costs of court; no costs are taxed in this appeal.

SIGNED December 4, 2019.

_____
Patricia O. Alvarez, Justice